No. 275, Misc. PARKER v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 276, Misc. HAMMACK v. RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 277, Misc. SHEPPARD v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 282, Misc. JONES v. MARONEY, WARDEN. Court of Common Pleas of Allegheny County, Pennsylvania. Certiorari denied.

No. 128. COUNTY BOARD OF ARLINGTON COUNTY ET AL. v. STATE MILK COMMISSION. Appeal from the Supreme Court of Appeals of Virginia. Argued January 4, 1954. Decided January 18, 1954. Per Curiam: The judgment is affirmed. Milk Control Board v. Eisenberg Farm Products, 306 U. S. 346. MR. JUSTICE BLACK dissents. Malcolm D. Miller argued the cause and filed a brief for appellants. Roger J. Whiteford argued the cause for appellee. With him on the brief were J. Lindsay Almond, Jr., Attorney General of Virginia, and Thomas M. Miller, Assistant Attorney General.

No. 435. NORTH v. FLORIDA. Certiorari, 346 U. S. 864, to the Supreme Court of Florida. Argued January 12, 1954. Decided January 18, 1954. Per Curiam: The judgment is affirmed. Claude Pepper argued the cause for petitioner. With him on the brief were C. Jay Hardee and John R. Parkhill. Bart L. Cohen, Assistant Attorney General of Florida, argued the cause for respondent.